UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOYCE DE LA ROSA

        Plaintiff,

v.

TIAGO HOLDINGS, LLC, ALDI, INC., AND CENTRAL PARKING SYSTEMS OF NEW YORK, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 13-CV-695 (GBD)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that John W. Egan, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendant Aldi, Inc. in the above-captioned matter. John W. Egan hereby certifies that he is admitted to practice in this Court.

Date: March 27, 2013

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ John W. Egan
    John W. Egan
    620 Eighth Avenue
    New York, New York 10018
    Telephone: (212) 218-5291
    Facsimile: (917) 344-1332
    Jegan@seyfarth.com