# SEYFARTH
## ATTORNEYS SHAW LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 27 2013

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5291

Writer's e-mail
jegan@seyfarth.com

March 27, 2013

SO ORDERED:

_George B. Daniels_
George B. Daniels, U.S.D.J.

Dated: MAR 27 2013

**VIA FACSIMILE (212-805-6737)**

Hon. George B. Daniels, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **De La Rosa v. Tiago Holdings, LLC et al., 13-CV-695 (GBD)**

Dear Judge Daniels:

We represent Defendant Aldi, Inc. ("Aldi) in the above-referenced action. With Plaintiff's consent, we write to respectfully request an extension of time for Aldi to answer or otherwise respond to the Complaint. The present deadline is March 29, 2013. Aldi respectfully requests a 30 day extension of this deadline, up to and including April 29, 2013.

Plaintiff and Aldi are presently engaged in good faith settlement discussions. Aldi requests this extension of time, with Plaintiff's consent, in order to allow these parties to focus their efforts and resources on a settlement of this matter. Although the Court has granted one prior request to extend this deadline (*see* Docket No. 12), the present request will not affect any scheduled dates or court appearances. The initial conference in this matter is presently scheduled for May 7, 2013.

Should the Court have any questions or concerns, please do not hesitate to contact the undersigned attorney. We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

_John W. Egan_
John W. Egan

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK ♻

03/27/2013 11:17 FAX 1212 218 5270    SEYFARTH SHAW LLP    ☒003/003



Hon. George B. Daniels, U.S.D.J.
March 27, 2013
Page 2

cc: Adam Saul Hanski Esq. (by e-mail)
Glen Howard Parker Esq. (by e-mail)
Alon M. Markowitz Esq. (by e-mail)
Minh Vu Esq. (by e-mail)

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK