# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5291

Writer's e-mail
jcgan@seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAR 2 7 2013

March 27, 2013

**VIA FACSIMILE (212-805-6737)**

The Honorable George B. Daniels
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 2 7 2013

Re:   **Joyce De La Rosa v. Aldi, Inc. at al.**
      **Civil Action No. 13-cv-695 (GBD)**

Dear Judge Daniels:

We represent Defendant Aldi, Inc. ("Aldi") in the above referenced action. We write to respectfully request permission for Howard M. Wexler, Esq. to withdraw as counsel for Aldi in this matter pursuant to L.C.R. 1.4.

Seyfarth Shaw LLP will continue to represent Aldi in this matter. As I will continue to represent Aldi as lead counsel, Mr. Wexler's participation is no longer necessary. With respect to the current posture of this case, the issues are not yet joined, and the initial conference is scheduled for May 7, 2013. Outgoing counsel is not asserting a retaining or charging lien. Further, we have consulted with Plaintiff's counsel and Plaintiff consents to this request.

We respectfully request Your Honor to "So Order" this application for Mr. Wexler to withdraw, and to further direct the Clerk of the Court to "terminate" his active status from the Court's official docket sheet, such that he no longer receives electronic notices related to this action through the ECF notification system.

We thank the Court for its time and attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

15415946v.2

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK ♻



The Honorable George B. Daniels
March 27, 2013
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

John W. Egan

JWE

Attachment

cc:     All counsel of record (by e-mail)

15415946v.2

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK