Michael Tiliakos, Esq.
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
Phone:  (212) 692-1045
Fax:  (212) 202-6231
Email:  mtiliakos@duanemorris.com
*Attorneys for Defendant Tiana Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOYCE DE LA ROSA, <br><br> Plaintiff, <br><br> -v- <br><br> TIAGO HOLDINGS, LLC, ALDI, INC., and CENTRAL PARKING SYSTEMS OF NEW YORK, INC., <br><br> Defendants. | Civil Action No. 13-CV-695 <br><br> **NOTICE OF APPEARANCE** |

---

**MICHAEL TILIAKOS** hereby enters his appearance on behalf of TIAGO HOLDINGS, LLC.

Dated: New York, New York
       March 28, 2013

                                        DUANE MORRIS LLP

                                        By: /s/ Michael Tiliakos
                                            Michael Tiliakos
                                            1540 Broadway
                                            New York, New York 10036-4086
                                            Phone:  (212) 692-1045
                                            Fax:  (212) 202-6231
                                            Email:  mtiliakos@duanemorris.com
                                            *Attorneys for Defendant Tiago Holdings, LLC*