Eric W. Ruden, Esq.
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
Phone: (212) 471-1893
Fax: (212) 202-5077
Email: eruden@duanemorris.com
*Attorneys for Defendant Tiana Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOYCE DE LA ROSA, | : |
| | : |
| Plaintiff, | : Civil Action No. 13-CV-695 |
| -v- | : |
| TIAGO HOLDINGS, LLC, ALDI, INC., and CENTRAL PARKING SYSTEMS OF NEW YORK, INC., | : **NOTICE OF APPEARANCE** |
| Defendants. | : |

---

**ERIC W. RUDEN** hereby enters his appearance on behalf of TIAGO HOLDINGS, LLC.

Dated: New York, New York
       March 28, 2013

                              DUANE MORRIS LLP

                              By: /s/ Eric W. Ruden
                                  Eric W. Ruden
                                  1540 Broadway
                                  New York, New York 10036-4086
                                  Phone: (212) 471-1893
                                  Fax: (212) 202-5077
                                  Email: eruden@duanemorris.com
                                  *Attorneys for Defendant Tiago Holdings, LLC*