MARKOWITZ LAW GROUP, P.C.

10 E 40TH STREET, 33RD FLOOR
NEW YORK, NY 10016
TEL: (212) 481-1220
FAX: (212) 481-1221
WWW.MLGNY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 28 2013

March 28, 2013

**Via Facsimile (212-805-6735)**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniel*

George B. Daniels, U.S.D.J.

Dated: MAR 28 2013

Re:   *De La Rosa v. Tiago Holdings, LLC, Aldi, Inc., and Central Parking Systems of New York, Inc.*, No. 13-cv-00695 (GBD) (S.D.N.Y.)

Dear Judge Daniels,

We write pursuant to paragraph 1.E of Your Honor's Individual Practices to respectfully request on behalf of our client, defendant Central Parking Systems of New York, Inc. ("Central Parking"), that Your Honor grant a four week extension in Central Parking's time to answer, move or otherwise respond to the Complaint in the above-titled action.

Central Parking and co-defendant Tiago Holdings, LLC ("Tiago") are presently engaged in discussions regarding Tiago's obligation to indemnify and defend Central Parking in the above-titled action. Central Parking requests this extension of time in order to allow these parties to resolve the indemnification issue before expending additional efforts and resources in defending the above-titled action. Plaintiff's counsel, Glen Parker, is aware of the possibility of Tiago's taking over the defense of Central Parking in this action and has graciously consented to Central Parking's request for a four week extension in Central Parking's time to respond to the Complaint.

Central Parking's current deadline to respond to the Complaint is April 1, 2013 and the requested four week extension will adjourn Central Parking's time to respond to the Complaint to April 29, 2013, *i.e.*, the date to which this Court graciously extended co-defendant Aldi, Inc.'s time to answer or otherwise respond to the Complaint (*see* Docket No. 14). Although this Court has granted one prior request by Central Parking to extend its deadline to answer or otherwise respond to the Complaint (*see* Docket No. 9), the present request will not affect any other scheduled dates or court appearances. The initial conference in this matter is presently scheduled for May 7, 2013.

We thank the Court for its consideration of our request that Central Parking's time to answer, move or otherwise respond to the Complaint be extended by four weeks from April 1, 2013 to April 29, 2013.

Respectfully submitted,

*Alon Markowitz*
Alon Markowitz

cc:   Glen Parker, Esq. (via facsimile & e-mail pdf)
      John Egan, Esq. (via facsimile & e-mail pdf)
      Michael Tiliakos, Esq. (via facsimile & e-mail pdf)