# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

MICHAEL TILIAKOS
DIRECT DIAL: +1 212 692 1045
PERSONAL FAX: +1 212 202 6231
E-MAIL: mtiliakos@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 09 2013

April 5, 2013

SO ORDERED:

*[signature]*
George B. Daniels, U.S.D.J.

APR 09 2013

VIA FACSIMILE: (212) 805-6737

The Honorable George B. Daniels
United States District Judge
United States District Court – Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

Re:   **Joyce De La Rosa v. Tiago Holdings, LLC et al, 13-CV-695 (GBD)**

Dear Judge Daniels:

This firm has recently been retained to represent defendant Tiago Holdings, LLC ("Tiago") in the above-captioned Americans with Disabilities Act matter. We write to request an extension of Tiago's time to respond to the allegations contained in Ms. De La Rosa's complaint. To prepare a response to the complaint which is grounded in knowledge, information and belief formed after reasonable inquiry, we must identify, locate and interview persons with knowledge of the allegations, identify, locate and review relevant documents, and conduct a site inspection of the premises in question. Without such an initial investigation, we cannot prepare an appropriate response to the complaint. Accordingly, Tiago respectfully requests that it's time to respond to the complaint be extended to May 6, 2013. This is the first such request by Tiago. Plaintiff's counsel has consented to this request.

Thank you for your consideration of this request.

Respectfully,

*[signature]*

Michael Tiliakos

cc:   Glen Parker (via email: ghp@parkerhanski.com and fax: 212-248-5600)
      Alon M. Markowitz (via email: amarkowitz@mlgny.com; fax: 212-481-1221)
      Howard Wexler (via email: hwexler@seyfarth.com; fax: 212-218-5526)

---

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\4199000.1