**MARKOWITZ LAW GROUP, P.C.**
10 E 40TH STREET, 33RD FLOOR
NEW YORK, NY 10016
TEL: (212) 481-1220
FAX: (212) 481-1221
WWW.MLGNY.COM

April 26, 2013

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 29 2013

**Via Facsimile (212-805-6737)**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:  De La Rosa v. Tiago Holdings, LLC, Aldi, Inc., and Central Parking Systems of New York, Inc.*, No. 13-cv-00695 (GBD) (S.D.N.Y.)

Dear Judge Daniels,

Pursuant to paragraph 1.E of Your Honor's Individual Practices, I write on behalf of defendant Central Parking Systems of New York, Inc. ("Central Parking") to respectfully request an extension in Central Parking's time to answer, move or otherwise respond to the Complaint in the above-titled action.

As Your Honor may recall, I previously wrote the Court a letter on March 28, 2013 and advised that Central Parking and co-defendant Tiago Holdings, LLC ("Tiago") were engaged in discussions regarding Tiago's obligation to indemnify and defend Central Parking in the above-titled action. In that letter, I requested an extension in Central Parking's time to answer, move or otherwise respond to the Complaint to April 29, 2013 so as to allow Central Parking and Tiago to resolve the indemnification issue before expending additional efforts and resources in defending the above-titled action. Your Honor graciously granted this request by so-ordering my March 28th letter. *See* Docket 18.

I can now advise the Court that, subject to Tiago's reservation of certain rights, Tiago has accepted the tender of the defense of Central Parking in this action. Due to a conflict of interest, however, that Tiago's current counsel faces if it undertakes representation of Central Parking in this action, Tiago seeks presently to determine the counsel it will retain to represent Central Parking. So as to allow Tiago the requisite time to determine and retain counsel for Central Parking, I request an additional extension of time in Central Parking's deadline to answer, move or otherwise respond to the Complaint. Plaintiff's counsel, Adam Hanski, is aware of this issue and courteously consents to Central Parking's request for the additional extension in its deadline to answer, move or otherwise respond to the Complaint.

Given the foregoing, I request a seven day extension on behalf of Central Parking in its deadline to answer, move or otherwise respond to the Complaint from April 29, 2013, *i.e.*, Central Parking's current deadline, to May 6, 2013, *i.e.*, the date which is the current deadline for Tiago's time to answer, move or otherwise respond to the complaint (*see* Docket No. 19). Although this Court has granted two prior requests by Central Parking to extend its deadline to answer, move or otherwise respond to the Complaint (*see* Dockets No. 9 & 18), the present request for a seven day extension will not affect any other scheduled dates or court appearances as the initial conference in this matter is presently scheduled for May 7, 2013.

Hon. George B. Daniels
April 26, 2013
Page 2

If, however, the Court decides to grant the pending request jointly made by plaintiff and defendants to adjourn the initial conference scheduled for May 7, 2013 until the week of June 4, 2013[1], Central Parking then respectfully would request a longer extension than May 6, 2013 in its time to respond to the Complaint. In such instance, Central Parking respectfully would request an extension to May 29, 2013 in its time to respond to the Complaint as this date falls one week prior to the week that the rescheduled initial conference would take place before Your Honor.

On behalf of Central Parking, I thank the Court for its consideration of the requests set forth in this letter and respectfully ask the Court to contact the undersigned in the event the Court has any questions or concerns regarding those requests or any of the above.

Respectfully submitted,

Alon Markowitz

cc:   John Egan, Esq. (via facsimile & e-mail pdf)
      Adam Hanski, Esq. (via facsimile & e-mail pdf)
      Glen Parker, Esq. (via facsimile & e-mail pdf)
      Michael Tiliakos, Esq. (via facsimile & e-mail pdf)

---

[1] This request is set forth in the April 25, 2013 letter of John Egan, counsel for co-defendant Aldi, Inc.