UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JOYCE DE LA ROSA

        Plaintiff,

  v.

TIAGO HOLDINGS, LLC, ALDI, INC., AND
CENTRAL PARKING SYSTEMS OF NEW YORK,
INC.,

        Defendants.
----------------------------------------------------------------x

Docket No: 13-cv-695 (GBD)
ECF Case

<u>Electronically Filed</u>

**DEFENDANT TIAGO
HOLDINGS, LLC'S RULE
7.1 DISCLOSURE STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tiago Holdings, LLC states that Forest City Enterprises, Inc., a publicly traded corporation, indirectly owns through intermediary companies more than 10% of Tiago Holdings, LLC.

Dated: New York, New York
    May 6, 2013

           DUANE MORRIS LLP

           By: /s/ Michael Tiliakos
             Michael Tiliakos (MT-1678)
             1540 Broadway
             New York, New York 10036
             mtiliakos@duanemorris.com
             Telephone: (212) 692-1045
             Fax: (212) 202-6231
             *Attorneys for Tiago Holdings, LLC*