

Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE DE LA ROSA,

                Plaintiff,

- against -

TIAGO HOLDINGS, LLC, ALDI, INC., and
CENTRAL PARKING SYSTEMS OF NEW
YORK, INC.,

                Defendants.

Civil Action No. 13-cv-00695 (GBD)

ECF Case

## STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys that, pursuant to Local Civil Rule 1.4, the law firm of MARKOWITZ LAW GROUP, P.C. hereby withdraws from this action as counsel of record for Defendant CENTRAL PARKING SYSTEMS OF NEW YORK, INC. effective immediately and the law firm of DUANE MORRIS LLP hereby is substituted as counsel of record for defendant CENTRAL PARKING SYSTEMS OF NEW YORK, INC. in this action in place and instead of the law offices of MARKOWITZ LAW GROUP, P.C.

**IT IS FURTHER STIPULATED AND AGREED** that defendant CENTRAL PARKING SYSTEMS OF NEW YORK, INC. consents to the withdrawal of the law firm of MARKOWITZ LAW GROUP, P.C. from this action as defendant CENTRAL PARKING SYSTEMS OF NEW YORK, INC.'s counsel of record, and agrees to the substitution of DUANE MORRIS LLP as defendant CENTRAL PARKING SYSTEMS OF NEW YORK, INC.'s counsel of record.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same document and that signatures transmitted by

DM1\3671704.1

facsimile, e-mail or e-mailed in portable document form (PDF) shall be deemed original signatures.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

> Michael Tiliakos
> mtiliakos@duanemorris.com
> DUANE MORRIS LLP
> 1540 Broadway
> New York, New York 10036
> Tel.: 212.692.1000
> Fax: 212.692.1020

Dated: May ___, 2013

| MARKOWITZ LAW GROUP, P.C. | DUANE MORRIS LLP |
|---|---|
| BY: _____ | BY: _____ |
| Alon Markowitz | Michael Tiliakos |
| amarkowitz@mlgny.com | mtiliakos@duanemorris.com |
| 10 East 40th Street, 33rd floor | 1540 Broadway |
| New York, NY 10016 | New York, NY 10036 |
| Tel.: 212.481.1220 | Tel.: 212.692.1045 |
| Fax: 212.481.1221 | Fax: 212.202.6231 |
| *Outgoing attorney for defendant Central Parking Systems of New York, Inc.* | *Incoming attorney for defendant Central Parking Systems of New York, Inc.* |
| SEYFARTH SHAW LLP | PARKER HANSKI LLC |
| BY: _____ | BY: *Glen Parker* |
| John Egan | Glen H. Parker |
| jegan@seyfarth.com | ghp@parkerhanski.com |
| 620 Eighth Avenue | 40 Worth Street, 10th Floor |
| New York, New York 10018 | New York, New York 10013 |
| Tel.: 212.218.5291 | Tel. 212.248.7400 ext. 15 |
| Fax: 917.344.1332 | Fax: 212.248.5600 |
| *Counsel for defendant Aldi, Inc.* | *Counsel for plaintiff Joyce De La Rosa* |

facsimile, e-mail or e-mailed in portable document form (PDF) shall be deemed original signatures.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

>Michael Tiliakos
>mtiliakos@duanemorris.com
>DUANE MORRIS LLP
>1540 Broadway
>New York, New York 10036
>Tel.: 212.692.1000
>Fax: 212.692.1020

Dated: May 4, 2013

MARKOWITZ LAW GROUP, P.C.

BY: _____
Alon Markowitz
amarkowitz@mlgny.com
10 East 40th Street, 33rd floor
New York, NY 10016
Tel.: 212.481.1220
Fax: 212.481.1221

*Outgoing attorney for defendant Central Parking Systems of New York, Inc.*

SEYFARTH SHAW LLP

BY: _____
John Egan
jegan@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Tel.: 212.218.5291
Fax: 917.344.1332

*Counsel for defendant Aldi, Inc.*

DUANE MORRIS LLP

BY: _____
Michael Tiliakos
mtiliakos@duanemorris.com
1540 Broadway
New York, NY 10036
Tel.: 212.692.1045
Fax: 212.202.6231

*Incoming attorney for defendant Central Parking Systems of New York, Inc.*

PARKER HANSKI LLC

BY: *Glen Parker*
Glen H. Parker
ghp@parkerhanski.com
40 Worth Street, 10th Floor
New York, New York 10013
Tel. 212.248.7400 ext. 15
Fax: 212.248.5600

*Counsel for plaintiff Joyce De La Rosa*

facsimile, e-mail or e-mailed in portable document form (PDF) shall be deemed original signatures.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

>Michael Tiliakos
>mtiliakos@duanemorris.com
>DUANE MORRIS LLP
>1540 Broadway
>New York, New York 10036
>Tel.: 212.692.1000
>Fax: 212.692.1020

Dated: May 6, 2013

| MARKOWITZ LAW GROUP, P.C. | DUANE MORRIS LLP |
|---|---|
| BY: *(signature)* | BY: |
| Alon Markowitz | Michael Tiliakos |
| amarkowitz@mlgny.com | mtiliakos@duanemorris.com |
| 10 East 40th Street, 33rd floor | 1540 Broadway |
| New York, NY 10016 | New York, NY 10036 |
| Tel.: 212.481.1220 | Tel.: 212.692.1045 |
| Fax: 212.481.1221 | Fax: 212.202.6231 |
| *Outgoing attorney for defendant Central Parking Systems of New York, Inc.* | *Incoming attorney for defendant Central Parking Systems of New York, Inc.* |
| | |
| SEYFARTH SHAW LLP | PARKER HANSKI LLC |
| BY: | BY: |
| John Egan | Glen H. Parker |
| jegan@seyfarth.com | ghp@parkerhanski.com |
| 620 Eighth Avenue | 40 Worth Street, 10th Floor |
| New York, New York 10018 | New York, New York 10013 |
| Tel.: 212.218.5291 | Tel. 212.248.7400 ext. 15 |
| Fax: 917.344.1332 | Fax: 212.248.5600 |
| *Counsel for defendant Aldi, Inc.* | *Counsel for plaintiff Joyce De La Rosa* |

and:

CENTRAL PARKING SYSTEMS OF NEW YORK

BY: _____
James C. Burdett
Vice President & Associate General Counsel
jburdett@standardparking.com
900 North Michigan Avenue
Suite 1600
Chicago, IL 60611
Tel.: 312.274.2031
Fax: 312.640.6162

IT IS SO ORDERED this _____ day of May, 2013

_____
The Honorable George B. Daniels
United States District Judge

MAY 07 2013

## HON. GEORGE B. DANIELS

- 3 -