☑003/004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JOYCE DE LA ROSA

          Plaintiff,

v.

TIAGO HOLDINGS, LLC, ALDI, INC., AND
CENTRAL PARKING SYSTEMS OF NEW
YORK, INC.,

          Defendants.

-------------------------------------------------------------x

Case No.: 13-CV-695 (GBD)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE
OF PLAINTIFF'S
CLAIMS AGAINST
DEFENDANT ALDI, INC.**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Joyce De La Rosa and Defendant Aldi, Inc., through their undersigned respective counsel, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action shall be and the same hereby is dismissed as against Aldi, Inc. with prejudice, and without costs or attorneys' fees to any party as against any other.

**IT IS FURTHER HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for all parties to this action that this action shall be dismissed with prejudice against Aldi, Inc. only. This Stipulation shall not affect any of Plaintiff's claims for relief against Defendants Tiago Holdings, LLC and Central Parking Systems of New York, Inc. This action shall proceed against these remaining two defendants.

Dated: May 20, 2013
        New York, New York

**PARKER HANSKI LLC**

By: _____
     Glen Parker, Esq.
     40 Worth Street, 10th Floor
     New York, New York 10013
     (212) 248-7400
     ghp@Parkerhanski.com
     *Attorneys for Plaintiff*
     *Joyce De La Rosa*

**SEYFARTH SHAW LLP**

By: _____
     John W. Egan, Esq.
     620 Eighth Avenue
     New York, New York 10018
     (212) 218-5291
     jegan@seyfarth.com
     *Attorneys for Defendant Aldi, Inc.*

**DUANE MORRIS LLP**

By: _____
     Michael Tiliakos, Esq.
     1540 Broadway
     New York, New York 10036
     (212) 692-1045
     mtiliakos@duanemorris.com
     *Attorneys for Defendants Tiago*
     *Holdings, LLC and Central Parking*
     *Systems of New York, Inc.*

SO ORDERED:                    MAY 23 2013

_____
HON. GEORGE B. DANIELS, U.S.D.J.
**HON. GEORGE B. DANIELS**

15670622v.1