

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOYCE DE LA ROSA,<br><br>                Plaintiff,<br><br>- against -<br><br>TIAGO HOLDINGS, LLC, ALDI, INC., and CENTRAL PARKING SYSTEMS OF NEW YORK, INC.,<br><br>                Defendants. | Civil Action No. 13-cv-00695 (GBD)<br><br>**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No **additional parties** may be joined after **August 2, 2013**.

2. No amendment to the pleadings will be permitted after **August 2, 2013**.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by **October 3, 2013**. The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to be served by **November 1, 2013**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **December 5, 2013 at 9:30 a.m.**

6. The **Joint Pretrial Order** shall be filed no later than **December 12, 2013**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

DM1\3671858.1

8. The parties shall be **ready for trial** within 48 hours, notice on or after **January 3, 2014.** The estimated trial time is two to four days, and this is a (jury)(non-jury) trial.

9. The **Next Case Management Conference** will be held on **September 5, 2013** at **9:30 a.m.**

Dated: May 29, 2013
New York, New York

SO ORDERED:

_____
George B. Daniels
United States District Judge

**PARKER HANSKI LLC**

By: _____

Adam S. Hanski
Glen Parker,
40 Worth Street, 10th Floor
New York, New York 10013
Tel.: (212) 248-7400
ghp@Parkerhanski.com
ash@Parkerhanski.com

*Attorneys for Plaintiff*

**DUANE MORRIS LLP**

By: _____

Michael Tiliakos
Eric W. Ruden
1540 Broadway
New York, NY 10036
Tel.: (212) 692-1000
mtiliakos@duanemorris.com
eruden@duanemorris.com

*Attorneys for Defendants Tiago Holdings, LLC and Central Parking Systems of New York*