DOCUMENT
ELECTRONICALLY FILED
DATE FILED: SEP 03 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE DE LA ROSA,

                  Plaintiff,

          -against-

TIAGO HOLDINGS, LLC, ALDI INC., AND
CENTRAL PARKING SYSTEMS OF NEW
YORK, INC.

                  Defendants.

Docket No. 13 Civ. 695 (GBD)

**PROPOSED REVISED SCHEDULING ORDER**

    After consultation with counsel for the parties, the following Revised Scheduling Order is adopted.

1. No additional parties may be joined after August 2, 2013.

2. No amendment to the pleadings will be permitted after August 2, 2013.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by **December 3, 2013 (extended by consent from October 3, 2013)**. The court expects discovery to be completed within 90 days of the first scheduling conference, unless after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. Dispositive motions are to be served by **January 3, 2014 (extended from November 1, 2013)**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final pretrial conference will be held on _____ (initial scheduled date: December 5, 2013 at 9:30 a.m.).

2077924-1

6. The Joint Pretrial Order shall be filed no later than **February 13, 2014 (extended from December 12, 2013)**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial within 48 hours, notice on or after **March 3, 2014 (extended from January 3, 2013)**. The estimated trial time is two to four days, and this is a (jury)(non-jury) trial.

9. The Next Case Management Conference with be held on _____ (initial scheduled date: September 5, 2013 at 9:30 a.m.).

Dated:    August 29, 2013

**SO ORDERED:**

*George B. Daniel*
GEORGE B. DANIELS           SEP 03 2013
U.S.D.J.

| PARKER HANSKI LLC | DUANE MORRIS LLP |
|---|---|
| By: *Glen H. Parker* | By: *Eric Ruden* |
| Adam S. Hanski | Michael Tiliakos |
| Glen Parker, Esq. | Eric Ruden |
| *Attorneys for plaintiff* | Attorneys for defendants |
| 40 Worth Street, 10th Floor | *Tiago Holdings, Inc. and Central Parking* |
| New York, New York 10013 | *Systems of New York, Inc.* |
| (212) 248-7400 | 1540 Broadway |
| ghp@Parkerhanski.com | New York, New York 10036-4086 |
| ash@Parkerhanski.com | (212) 692-1045 |
|  | mtiliakos@duanemorris.com |