DuaneMorris®

FIRMand AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1895
PERSONAL FAX: +1 212 202 5077
E-MAIL: ewruden@duanemorris.com

www.duanemorris.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: SEP 03 2013*

*SEP 03 2013*

*SO ORDERED*

*The conference is adjourned to November 5, 2013 at 9:30 a.m.*

*George B. Daniels*

*HON. GEORGE B. DANIELS*

August 29, 2013

VIA FACSIMILE: (212) 805-6737

NEW YORK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

The Honorable George B. Daniels
United States District Judge
United States District Court    Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

Re:    **Joyce De La Rosa v. Tiago Holdings, LLC _et al_, 13-CV-695 (GBD)**

Dear Judge Daniels:

This firm represents defendants Tiago Holdings, LLC ("Tiago") and Central Parking Systems of New York, Inc. ("Central Parking") in the above-captioned Americans with Disabilities Act matter. We write jointly with Plaintiff's counsel to request a 60 day extension of the parties' time to complete discovery. In addition, the parties respectfully request an adjournment of the case management conference, currently scheduled for September 5, 2013 at 9:30 am, for a date and time that is convenient for the Court. A proposed revised scheduling order reflecting updated deadlines is annexed hereto for your consideration and endorsement. This is the first such request for an extension of these deadlines.

The extension is necessary because the parties are engaged in settlement discussions and want to focus their time and resources on achieving a resolution. To this end, the parties have scheduled a site visit for September 10, 2013.

Thank you for your consideration of this request.

Respectfully,

Eric W. Ruden

Eric W. Ruden

Enclosure
cc:    Glen Parker (via email: ghp@parkerhanski.com)