UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOYCE DE LA ROSA,

                Plaintiff,

-against-

                ORDER

TIAGO HOLDINGS, LLC, et al.         13 Civ. 695 (GBD)

                Defendants.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled for December 5, 2013 at 9:30 am is canceled.

Dated: New York, New York          SO ORDERED:
       November 5, 2013

                                          _____
                                          GEORGE B. DANIELS
                                          United States District Judge