01/31/2014 16:18 FAX 212 692 1020 DUANE MORRIS LLP. ☑004/005

Case 1:13-cv-00695-GBD Document 35 Filed 02/04/14 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 04 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOYCE DE LA ROSA,

               Plaintiff,

-against-

TIAGO HOLDINGS, LLC, ALDI INC., AND CENTRAL PARKING SYSTEMS OF NEW YORK, INC.

               Defendants.

---

Docket No. 13 Civ. 695 (GBD)

**PROPOSED REVISED SCHEDULING ORDER**

After consultation with counsel for the parties, the following Revised Scheduling Order is adopted.

1. No additional parties may be joined after August 2, 2013.

2. No amendment to the pleadings will be permitted after August 2, 2013.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by **March 3, 2014 (extended by consent from February 3, 2014).** The court expects discovery to be completed within 90 days of the first scheduling conference, unless after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. Dispositive motions are to be served by **April 3, 2014 (extended from March 3, 2014).** Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final pretrial conference will be held on _____ (previously scheduled date: April 22, 2014 at 9:30 a.m.).

2077924-1

6. The Joint Pretrial Order shall be filed no later than **May 14, 2014 (extended from April 14, 2014)**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial within 48 hours. notice on or after **June 5, 2014 (extended from May 5, 2014)**. The estimated trial time is two to four days, and this is a (jury)(non-jury) trial.

9. The Next Case Management Conference with be held on April 2, 2014 (initial) @ 9:30 am (scheduled date: February 18, 2014 at 9:30 a.m.).

Dated:   January 31, 2014

SO ORDERED:    FEB 04 2014

*George B. Daniels*
GEORGE B. DANIELS
U.S.D.J.
HON. GEORGE B. DANIELS

PARKER HANSKI LLC

By: _____
Adam S. Hanski
Glen Parker
*Attorneys for Plaintiff*
40 Worth Street, 10th Floor
New York, New York 10013
(212) 248-7400
ghp@Parkerhanski.com
ash@Parkerhanski.com

DUANE MORRIS LLP

By: _____
Michael Tiliakos
Eric Ruden
*Attorneys for Defendants*
Tiago Holdings, Inc. and Central Parking Systems of New York, Inc.
1540 Broadway
New York, New York 10036-4086
(212) 692-1045
mtiliakos@duanemorris.com