

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

MICHAEL TILIAKOS
DIRECT DIAL: +1 212 692 1045
PERSONAL FAX: +1 212 262 6237
E-MAIL: MTiliakos@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 01 2014

April 1, 2014

VIA FACSIMILE(212-805-6737)

APR 01 2014

The Honorable George B. Daniels
United States District Judge
United States District Court, SDNY
500 Pearl Street, Courtroom 11A
New York, NY 10007

SO ORDERED

The conference is adjourned to June 2, 2014 at 9:30 a.m.

HON. GEORGE B. DANIELS

Re:   **Joyce De La Rosa v. Tiago Holdings, LLC *et al.*  13-cv-695 (GBD)**

Dear Judge Daniels:

This firm represents Defendants Tiago Holdings, LLC ("Tiago") and Central Parking
Systems of New York, Inc. ("Central Parking") in the above-captioned Title III Americans with
Disabilities Act matter.  We write jointly with Plaintiff's counsel to request that the conference
scheduled for April 2, 2014 at 9:30 a.m. be adjourned until such time – if any – that the parties
require a conference in this matter.  The reason for this request is that the parties are continuing
their settlement discussions in good faith and are hopeful they will be able to finalize the terms
of a settlement shortly.  If the case settles, then the parties will not require a conference and will
immediately notify the Court of the settlement.

Thank you for your consideration of this request.

Respectfully,

Michael Tiliakos

Glen Parker (via email: ghp@parkerhanski.com)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\4845316.1 Y5505/00004