


NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# Duane Morris

MICHAEL TILIAKOS
DIRECT DIAL: +1 212 692 1045
PERSONAL FAX: +1 212 202 4252
E-MAIL: MTiliakos@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 28 2014

May 27, 2014

VIA FACSIMILE (212-805-6737)

The Honorable George B. Daniels
United States District Judge
United States District Court, SDNY
500 Pearl Street, Courtroom 11A
New York, NY 10007

MAY 28 2014

**SO ORDERED**

The conference is adjourned to
July 9, 2014 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

Re:   Joyce De La Rosa v. Tiago Holdings, LLC et al.   13-cv-695 (GBD)

Dear Judge Daniels:

This firm represents Defendants Tiago Holdings, LLC ("Tiago") and Central Parking Systems of New York, Inc. ("Central Parking") in the above-captioned Title III Americans with Disabilities Act matter. We write jointly with Plaintiff's counsel to request that the conference scheduled for June 2, 2014 at 9:30 a.m. be adjourned until such time – if any – that the parties require a conference in this matter. The reason for this request is that the parties have finalized and are currently executing a settlement agreement to resolve this matter. Once the settlement agreement is fully executed, the parties will shortly file a stipulation and order of dismissal with the Court.

Thank you for your consideration of this request.

Respectfully,

Michael Tiliakos

Glen Parker (via email: ghp@parkerhanski.com)

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086                                       PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2/4945096.1 Y5505-00004